## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| RENN STOKES, | : | No. 11 EAP 2021 |
| | : | |
| Appellant | : | Appeal from the Order entered on |
| | : | February 9, 2021 in the |
| | : | Commonwealth Court at No. 353 |
| v. | : | MD 2018 |
| | : | |
| | : | |
| | : | |
| PENNSYLVANIA BOARD OF PROBATION | : | |
| AND PAROLE, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                        **DECIDED:  February 23, 2022**

    **AND NOW,** this 23rd day of February, 2022, the order of the Commonwealth Court is hereby **AFFIRMED**.